# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of Florida

Case Number: 8:22-C-2351-SDM-MRM

Plaintiff:
PEDRO J. GUERRERO, VICTOR H. SOSA

vs.

Defendant:
VINNIE'S AUTO COLLISION CENTER, INC., AND VINCENT TERDOSLAVICH

For:
ZANDRO E. PALMA
ZANDRO E. PALMA, P.A.

SPS2023000496

Received by LINDSAY LEGAL SERVICES, INC. on the 20th day of January, 2023 at 12:02 pm to be served on VINCENT TERDOSLAVICH, 2347 17TH STREET, SARASOTA, FL 34234.

I, Steven T. Zawacki, do hereby affirm that on the **23rd day of January, 2023** at **3:05 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COLLECTIVE ACTION COMPLAINT** with the date and hour of service endorsed thereon by me, to: **VINCENT TERDOSLAVICH** at the alternate address of: **2335 17TH STREET, SARASOTA, FL 34234**, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18 and have no interest in the above action. I am certified in good standing in the judicial circuit in which the process was served. No notary required pursuant to FS92.525.2 and under penalty of perjury, I declare that the facts set forth are true and correct.

Steven T. Zawacki
#283

LINDSAY LEGAL SERVICES, INC.
7105 SW 8TH ST.
SUITE 307
MIAMI, FL 33144
(305) 273-0317

Our Job Serial Number: SPS-2023000496
Ref: 202300041

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m